E2805 - P78

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2017 SEP 26 AM 10: 05
CLERK OF COURTS-CV

09/25/17

EDUCATIONAL SERVICE C
GOVERNING BD
2080 CITYGATE DR
COLUMBUS, OH
      43219

17CV-09-8583   H

CYNTHIA J. MARTIN
   VS
EDUCATIONAL SERVICE C

SERVICE ITEM: 01
 ORIGINAL SUMMONS

CERTIFIED
NUMBER

9214890119 522802040155

CIV354

E2805 - P79

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

CERTIFIED
MAIL
RECEIPT

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2017 SEP 26 AM 10: 05
CLERK OF COURTS-CV

09/25/17

MICHAEL TREGO
7653 OLD FOXE CT
COLUMBUS, OH
      43235

17CV-09-8583   H

CYNTHIA J. MARTIN
    VS
EDUCATIONAL SERVICE C

SERVICE ITEM: 01
  ORIGINAL SUMMONS

CERTIFIED
NUMBER

9214890119 522802040148

CIV384

E2805 - P80

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2017 SEP 25 AM 10:05
CLERK OF COURTS-CV

09/25/17

LYNN BRANNON
6082 MANSHIRE CT
GALLOWAY, OH
         43119

17CV-09-8583   H

CYNTHIA J. MARTIN
   VS
EDUCATIONAL SERVICE C

SERVICE ITEM: 01
   ORIGINAL SUMMONS

    CERTIFIED
     NUMBER

9214890119 522802040131

CIV354

E2809 - F33



Date Produced: 10/02/2017

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2802 0401 55. Our records indicate that this item was delivered on 09/28/2017 at 01:08 p.m. in COLUMBUS, OH 43219. The scanned image of the recipient information is provided below.

Signature of Recipient:

X Pat Conley
Printed Name: Pat Conley

Address of Recipient:

Delivery Address: 7080 Litigate

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 4321917CV008583MART

E2811 - N65


UNITED STATES
POSTAL SERVICE.

Date Produced: 10/09/2017

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2802 0401 31. Our records indicate that this item was delivered on 10/05/2017 at 03:51 p.m. in GALLOWAY, OH 43119. The scanned image of the recipient information is provided below.

Signature of Recipient:

*[signature] Lynn Brannon*

Address of Recipient:

*6082 Manshire Ct.*

FILED
2017 OCT 12 PM 2:03
CLERK OF COURTS
COMMON PLEAS COURT
FRANKLIN CO. OHIO

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: 4311917CV008583MART