# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CYNTHIA MARTIN,** : | |
| : | Case No. 2:17-CV-942 |
| **Plaintiff,** : | |
| : | **JUDGE ALGENON L. MARBLEY** |
| v. : | |
| : | Magistrate Judge Vascura |
| **EDUCATIONAL SERVICE CENTER OF** : | |
| **CENTRAL OHIO GOVERNING BOARD,** : | |
| *et al.*, : | |
| : | |
| **Defendants.** : | |

## ORDER APPROVING SETTLEMENT

This matter is before the Court on the Joint Motion for Settlement Approval (ECF No. 16). For good cause shown, the settlement is hereby **APPROVED**, and the case is **DISMISSED WITH PREJUDICE.** The Court shall retain jurisdiction over this action for the purposes of supervising enforcement of the settlement agreement.

    **IT IS SO ORDERED.**


                                    *s/ Algenon L. Marbley*
                                    **ALGENON L. MARBLEY**
                                    **UNITED STATES DISTRICT JUDGE**

**DATED: October 16, 2018**